# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Sehkmet Re El,

        Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                          3:12-cv-114-RJC-DSC

Greg Holland, et al.,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 25, 2012 Order.

                                        Signed: June 25, 2012

                                        */s/ Frank G. Johns*

                                        Frank G. Johns, Clerk
                                        United States District Court